**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MINUTES OF PROCEEDINGS--CIVIL**

| | |
|---|---|
| LINDSAY BROOKS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY., *et al.*,<br><br>Defendant. | DATE: February 3, 2026<br><br>CASE NO. 1:25-cv-01086-JPC<br><br>JUDGE J. PHILIP CALABRESE<br><br>MAGISTRATE JUDGE JONATHAN D. GREENBERG<br><br>ECRO: C. HAYDEN |

| | |
|---|---|
| Defendant's Counsel:<br>Melanie Morgan Norris | Plaintiff's Counsel:<br>Colin P. Sammon |
| Defendant/Representative:<br>John Berlan | Plaintiffs/Representatives:<br>Lindsay Brooks<br>Jerome Johnson |

PROCEEDINGS: A mediation conference was held on February 3, 2026 with the above listed parties. The parties reached an agreement. Dismissal with prejudice shall be filed by close of business (5:00 p.m.) on March 6, 2026. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. Any filing of the transcript shall be under seal.

2.5 hours
Total Time

*s/ Jonathan D. Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge