IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| LINDSAY BROOKS, JEROME JOHNSON, and JJ HOUSE 1 LTD<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | : | Case No. 1:25-cv-1086<br><br>Judge J. Philip Calabrese<br><br>Magistrate Judge Jonathan D. Greenberg |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

This day came Plaintiffs, Lindsay Brooks, Jerome Johnson & JJ House 1 Ltd, by counsel, and Defendant State Farm Fire and Casualty Company ("State Farm"), by counsel, pursuant to Fed. Civ. Pro. R. 41, and hereby stipulated and agreed that this action and all claims presented within should be, and the same are hereby DISMISSED, WITH PREJUDICE, with each party to bear its own costs and fees.

*/s/Colin P. Sammon (via email auth 3/6/2026)*
Colin P. Sammon (#0076011)
Sammon Law, LLC
4931 Shady Brooke Run
Medina, OH 44256
Telephone: (216) 978-3308
colin@sammonlaw.com
*Counsel for Plaintiffs*

*/s/ Melanie Morgan Norris*
Melanie M. Norris (OHSB #0073506)
**DINSMORE & SHOHL LLP**
2100 Market Street
Wheeling, WV 26003
Tel: (304) 230-1700
Fax: (304) 230-1610
melanie.norris@dinsmore.com

Kelli J. Amador (OHSB# 0095550)
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd
Suite 200
Columbus, OH 43215
(614) 628-6900
(614)628-6890 (facsimile)
kelli.amador@dinsmore.com

*Counsel for Defendant*
*State Farm Fire and Casualty Company*